**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| BRENT A CAMPBELL | ) | |
| CARLA J. CAMPBELL | ) | |
| | ) | No: B-14-50789    C-13W |
| | ) | |
| Debtors. | ) | |

The undersigned respectfully moves the Court for an order as follows:

Alma Lasers, Inc. ("Alma Lasers") filed a claim in this Chapter 13 case for $180,882.00 and provided evidence of liens on two hair removal systems. Pursuant to lengthy negotiations and an Order from the Bankruptcy Court, Alma Lasers agreed to pay $8,000.00 into the Plan and to thereafter withdraw its proof of claim. Alma Lasers paid the $8,000.00 amount, but did not withdraw its claim. The Trustee is of the belief that the claim should be disallowed.

The Trustee recommends that the claim filed by Alma Lasers for $180,882.00 be disallowed.

Date:   September 28, 2015                                                                                  s/ Kathryn L. Bringle
KLB/ae                                                                                                              Chapter 13 Trustee

-------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION by  October 28, 2015  with the United States Bankruptcy Court at the address of

*226 South Liberty Street*
*Winston-Salem, NC 27101*

and must serve the parties named on the attached list of Parties To Be Served.

If no objection is filed within the time period, the Court will consider this motion without a hearing. If an objection is timely filed, a hearing on the motion will be held on  November 24, 2015  at 9:30 a.m. in the Courtroom at 226 South Liberty Street, Winston-Salem, North Carolina.

Date:   September 28, 2015                                                                                  OFFICE OF THE CLERK
                                                                                                                           U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
14-50789  C-13W

BRENT A CAMPBELL
CARLA CAMPBELL
210 TALLY LANE
SALISBURY, NC 28146

BRIAN P HAYES
FERGUSON SCARBROUGH & HAYES PA
P O BOX 444
CONCORD, NC 28026-0444

ALAN B FELTS
ATTY FOR ALMA LASER INC
TUGGLE DUGGINS PA
P O BOX 2888
GREENSBORO, NC 27402

ALMA LASERS
C/O MICHAEL J. CONDRON
ATTORNEY AT LAW
1923 N. HOWE STREET
CHICAGO, IL 60614

ALMA LASERS INC
ATTN ACCOUNTS RECEIVABLE
485 HALF DAY RD SUITE 100
BUFFALO GROVE, IL 60089

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102-2115