IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Brent A. Campbell and | ) | CASE NO.: 14-50789 |
| Carla J. Campbell aka CJ Campbell, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

## WITHDRAWAL OF PROOF OF CLAIM #12

**NOW COMES** Alma Lasers, Inc. ("Alma Lasers"), a creditor of the Debtors, through counsel, and hereby withdraws its Proof of Claim #12 filed in the amount of $180,882.00 in the above-captioned case on November 26, 2014.

**THIS** the 6th day of October, 2015.

/s/Jeffrey S. Southerland
Jeffrey S. Southerland
N.C. State Bar No. 34221
Attorney for Alma Lasers, Inc.

OF COUNSEL:
TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro, NC 27402
Telephone:  336-271-5251

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Withdrawal of Claim has been served upon debtor's counsel of record by using the U.S. Bankruptcy Court's electronic notice system as follows:

Brian Hayes
P.O. Box 444
Salisbury, NC 28026-0444
E-Mail: hayes@fspa.net

Kathryn L. Bringle
Chapter 13 Trustee
E-Mail: office@chapter13ws.com

This the 6th day of October, 2015.

                                      /s/Jeffrey S. Southerland
                                      Jeffrey S. Southerland

OF COUNSEL:

TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro, NC 27402
Telephone: 336-271-5251
Facsimile: 336-274-6590