UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRENT A. CAMPBELL | ) | Case No. B-14-50789   C-13W |
| CARLA J. CAMPBELL, | ) | |
| | ) | |
| Debtors. | ) | |

## **WITHDRAWAL OF MOTION**

     Kathryn L. Bringle, Trustee in this Chapter 13 case, respectfully withdraws the motion which was filed with this Court on or about September 28, 2015 (docket #46) to disallow the claim filed by Alma Lasers for $180,882.00.

Date:  October 7, 2015                                                              s/ Kathryn L. Bringle
KLB/VJC/ae                                                                                 Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In re: )
)
)
BRENT A. CAMPBELL ) Case No: B-14-50789   C-13W
CARLA J. CAMPBELL, )
Debtors )

CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that the foregoing Withdrawal of Motion was served on the following parties by mailing a copy by first-class mail, postage prepaid, addressed as follows:

BRENT A CAMPBELL
CARLA CAMPBELL
210 TALLY LANE
SALISBURY, NC 28146

BRIAN P HAYES
FERGUSON SCARBROUGH & HAYES PA
P O BOX 444
CONCORD, NC 28026-0444

ALAN B FELTS
ATTY FOR ALMA LASER INC
TUGGLE DUGGINS PA
P O BOX 2888
GREENSBORO, NC 27402

ALMA LASERS
C/O MICHAEL J. CONDRON
ATTORNEY AT LAW
1923 N. HOWE STREET
CHICAGO, IL 60614

ALMA LASERS INC
ATTN ACCOUNTS RECEIVABLE
485 HALF DAY RD SUITE 100
BUFFALO GROVE, IL 60089

Date:  October 7, 2015                                             s/ Kathryn L. Bringle
KLB/VJC/ae                                                         Chapter   13   Trustee